THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD BARASH, Appellant.— Judgment of conviction of the County Court of Queens county reversed on the law and a new trial ordered on authority of *People* v. *Essner* (*post*, p. 1010), decided herewith. We have examined the record and find no error as to the facts. Young, Kapper and Tompkins, JJ., concur; Lazansky, P. J., and Hagarty, J., concur upon the ground that it was error to admit testimony that this defendant had pleaded guilty in another court to a crime, in view of the fact that his credibility was not in issue.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID ESSNER, Appellant.— Judgment of conviction of the County Court of Queens county reversed on the law and a new trial ordered. In our opinion, the testimony of Officer Rockee as to the appellant's plea of guilty of attempted grand larceny in the Kings County Court, appearing at folios 325 and 326, was incompetent and prejudicial to the appellant. (*People* v. *Cardillo*, 207 N. Y. 70.) We have examined the record and find no error as to the facts. Young, Kapper and Tompkins, JJ., concur; Lazansky, P. J., and Hagarty, J., concur in result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING KLEIN, Appellant.— Judgment of conviction of the County Court of Queens county reversed on the law and a new trial ordered. The charge of the county judge at folio 1169 and his refusal to charge at folio 1177 were prejudicial errors. We have examined the record and find no error as to the facts. Appeal from order dismissed in view of the foregoing decision. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Kapper, J., votes to affirm.